UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINE TRAN,

      Plaintiff,

vs.                                         Case No.: 8:13-cv-00149-T-27TBM

COUNTRYWIDE HOME MORTGAGE et al.,

      Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Magistrate Judge's Report and Recommendation (Dkt. 4) recommending that Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 2), which the Magistrate Judge construes as a motion seeking to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, be denied. Upon consideration,

1) The Report and Recommendation (Dkt. 4) is APPROVED and ADOPTED in all respects, including for the purposes of appellate review.

2) Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Dkt. 2) is DENIED.

3) Plaintiff's Complaint (Dkt. 1) is DISMISSED *without prejudice*.

4) Plaintiff is GRANTED leave to file an amended complaint within **fourteen (14) days** of the date of this order. The amended complaint shall include a short and plain statement of the claim and shall demonstrate that this Court has jurisdiction.

      **DONE AND ORDERED** this _14th_ day of March, 2013.

                                                  JAMES D. WHITTEMORE
                                                  United States District Judge

Copies to: Unrepresented Parties